STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6748
    Benjamin.Wolinsky@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHUSHBOO PUNEET,<br><br>            Plaintiff,<br><br>   v.<br><br>UR JADDOU, Director, United States Citizenship and Immigration Services,<br><br>            Defendant. | 5:22-cv-01803-NC<br><br>**STIPULATION TO DISMISS; ORDER** |

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, through their undersigned attorneys, stipulate to dismiss this action on the following terms:

       1.    Defendant acting on behalf of the United States Citizenship and Immigration Services ("USCIS") agrees to take adjudicative action—approve, deny, or issue a request for evidence—on Plaintiff's application for H-4 status (WAC2204150770) and work authorization (WAC2204150804), and to do so by April 30, 2022. If USCIS issues a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") for either petition, USCIS will take the next adjudicative action within 30 days from receipt of each response.

       2.    If Plaintiff believes there is a breach of this agreement, Plaintiff agrees to give USCIS's counsel notice and seven days to remedy such breach prior to seeking judicial intervention.

3.  If Defendant is unable to meet these deadlines for reasons out of its control, she agrees to notify counsel for Plaintiff, and the parties agree to work in good faith to resolve the issue prior to judicial intervention.

4.  The parties agree to bear their own costs and fees. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: April 4, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Benjamin J. Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney
Attorneys for Defendant

Dated: April 4, 2022

*/s/ Bernard P. Wolfsdorf*
BERNARD PAVEL WOLFSDORF
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 5, 2022

_____
NATHANAEL COUSINS
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]